WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STACEY RANDALL,**                                                    Case No. 1:15-cv-02187-AA

  Plaintiff,

vs.                                                                                ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorneys' fees in the amount of $15,001.75 are hereby awarded to Attorney Tim Wilborn

pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access

To Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed

to subtract the amount of the EAJA fees previously received by the attorney ($5,690.85) and to send

to Plaintiff's attorney, Tim Wilborn, at the address above, the balance of **$9,310.90,** minus any user

fee. Any amount withheld after all administrative and court attorneys fees are paid should be

released to the claimant.

DATED this 14th day of March ,2019.

_____
United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1